

FILING FEE

AID ____ 75.00

Forma
aupris ___ 533∂∂0

Chrmee Maddax, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-81085-CIV-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| MARK OSTROMOGILSKY, on his own behalf and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DAV EL OF PALM BEACH, INC., a Florida Corporation, and SCOTT SOLOMBRINO, individually, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of **Jeffrey P. Englander**, Esq., of the law firm of Morrison Cohen LLP, 909 Third Avenue, New York, New York 10022, Telephone No.: (212) 735-8600, for purposes of appearing as co-counsel on behalf of Defendants, Dav El of Palm Beach, Inc. and Scott Solombrino, in the above-styled case only.

Jeffrey P. Englander, Esq. certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the New York Bar. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

In further support of this motion, it is hereby designated that James S. Bramnick, Esq. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers

#526925 v1 \05214 \032

papers may be served.  In addition, the law firm of Akerman Senterfitt, One Southeast Third

Avenue, 28th Floor, Miami, Florida 33131, Telephone No.: (305) 374-5600, acts as local counsel

in this matter on behalf of Dav El of Palm Beach, Inc., and Scott Solombrino.

MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone No.: (212) 735-8600

By: _____
Jeffrey P. Englander, Esq.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

AKERMAN SENTERFITT
One Southeast Third Avenue
28th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
james.bramnick@akerman.com

By: _____
James S. Bramnick, Esq.
Florida Bar No. 0190994
Counsel for Defendants

Date: _____

#526925 v1 \05214 \032

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of this document has been furnished to Counsel for

Plaintiff, Charles M. Eiss, Law Firm of Glantz & Glantz, P.A., 7951 S.W. 6th St., #200,

Plantation, FL 33324, by facsimile and U.S. mail, this ____ day of February, 2005.

James S. Bramnick

#526925 v1 \05214 \032

# United States District Court

## Southern District of New York

# Certificate of
# Good Standing

I,    J. Michael McMahon    , Clerk of this Court, certify that

JEFFREY   ENGLANDER    , Bar #    JE2872

was duly admitted to practice in this Court on

AUGUST  10th,  1976    , and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
New York, New York    on    FEBRUARY  7th,  2005

J. MICHAEL McMAHON
Clerk    by: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-81085-CIV-MIDDLEBROOKS/JOHNSON

MARK OSTROMOGILSKY, on his own )
behalf and others similarly situated, )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )
DAV EL OF PALM BEACH, INC.,          )
a Florida Corporation, and SCOTT     )
SOLOMBRINO, individually,            )
                                     )
            Defendants.              )
_____)

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court upon the Application of Jeffrey P. Englander, of the firm of Morrison Cohen, LLP, for permission to appear and participate *pro hac vice* in the above-styled matter, as counsel for Dav El of Palm Beach, Inc., and Scott Solombrino, individually, and the Court being fully advised, it is

ORDERED AND ADJUDGED that said motion be, and the same is hereby GRANTED. Jeffrey P. Englander may appear *pro hac vice* in the case as counsel for Defendants.

DONE AND ORDERED in Chambers at the United States District Courthouse, West Palm Beach, Palm Beach County, Florida, this _____ day of _____, 2005.

_____
U.S. DISTRICT COURT JUDGE

**Copies furnished to:**
Jeffrey P. Englander, Esquire, Morrison Cohen LLP, 909 Third Avenue, New York, New York, 10022.

James S. Bramnick, Esquire, Akerman Senterfitt, One Southeast Third Avenue, 28th Floor, Miami, Florida 33131.

Charles M. Eiss, Esquire, Law Firm of Glantz & Glantz, P.A., 7951 S.W. 6th Street, #200, Plantation, Florida 33324.

{M2213165;1}